# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DYLAN MICHAEL SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-26-00033-JD |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge Amanda Maxfield's Report and Recommendation [Doc. No. 4] recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] be denied. Judge Maxfield advised Mr. Simpson of his right to file an objection to the Report and Recommendation with the Clerk of Court by January 30, 2026, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. [Doc. No. 4 at 3]. *See also* 28 U.S.C. § 636.

Mr. Simpson did not file an objection to the Report and Recommendation by the deadline or request an extension of time to do so.

The Court therefore **ADOPTS** the Report and Recommendation [Doc. No. 4] in its entirety for the reasons stated therein. Mr. Simpson's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED.** Plaintiff Dylan Michael Simpson is

**ORDERED** to pay the full filing fee to the Clerk of Court within 21 days of this Order or by March 4, 2026, or this action will be dismissed without prejudice.

IT IS SO ORDERED this 11th day of February 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE